# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| MANETIRONY CLERVRAIN, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:18-cv-38 |
| v. | * | |
| TRACEY JOHNS, | * | |
| Defendant. | * | |

## ORDER

The Court has conducted an independent and *de novo* review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 10. Plaintiff did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint based on his failure to follow this Court's Orders and failure to prosecute. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

The Court also **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this \_\_7\_\_ day of \_\_\_March\_\_\_, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

AO 72A
(Rev. 8/82)